ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Izco Plasticos Industriales, S.L.** |
| Bankruptcy Case: | **Exide Holdings, Inc.** |
| Preference Period: | **Feb 19, 2020 - May 19, 2020** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Exide Technologies, LLC | Exide Technologies, LLC | Wire:35700 | $40,872.58 | 5/8/2020 | 200095A | 2/28/2020 | $7,152.54 |
| Exide Technologies, LLC | Exide Technologies, LLC | Wire:35700 | $40,872.58 | 5/8/2020 | 200058 | 2/3/2020 | $22,604.92 |
| Exide Technologies, LLC | Exide Technologies, LLC | Wire:35700 | $40,872.58 | 5/8/2020 | 200057 | 2/3/2020 | $11,115.12 |
| Exide Technologies, LLC | Exide Technologies, LLC | Wire:35481 | $34,883.91 | 3/2/2020 | 190682 | 12/2/2019 | $24,289.54 |
| Exide Technologies, LLC | Exide Technologies, LLC | Wire:35481 | $34,883.91 | 3/2/2020 | 190681 | 12/2/2019 | $10,594.37 |

**Totals:**    **2 transfer(s),**    **$75,756.49**